People v Colbert (2024 NY Slip Op 06492)

People v Colbert

2024 NY Slip Op 06492

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND KEANE, JJ.

889 KA 19-01490

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
SHAKEEM L. COLBERT, DEFENDANT-APPELLANT. 

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (BRIAN SHIFFRIN OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (LISA GRAY OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Charles A. Schiano, Jr., J.), rendered June 17, 2019. The judgment convicted defendant upon a plea of guilty of criminal possession of a weapon in the second degree and resisting arrest. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a weapon in the second degree (Penal Law § 265.03 [3]) and resisting arrest (§ 205.30). Relying on New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1 [2022]), defendant contends that his conviction of criminal possession of a weapon in the second degree is unconstitutional. Defendant failed to preserve that contention for our review (see People v Cabrera, 41 NY3d 35, 39 [2023]; People v David, 41 NY3d 90, 95-96 [2023]; People v Bell, 229 AD3d 1178, 1179 [4th Dept 2024], lv denied 42 NY3d 1018 [2024]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (see CPL 470.15 [3] [c]; Bell, 229 AD3d at 1179; People v Ocasio, 222 AD3d 1364, 1365 [4th Dept 2023]).
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court